MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

MEREDITH J. EDWARDS (CABN 279301)
Special Assistant United States Attorney

150 Almaden Boulevard
San Jose, California 95113
Telephone: (408) 535-5589
Facsimile:  (408) 535-5066
Email: meredith.edwards@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 13-00013 DLJ |
| Plaintiff, ) | |
| ) | STIPULATION AN D [~~PROPOSED~~] |
| v. ) | ORDER RESCHEDULING HEARING |
| ) | DATE AND EXCLUDING TIME UNDER |
| DANNY LEONARDO HERNANDEZ, ) | THE SPEEDY TRIAL ACT |
| Defendant. ) | |

**STIPULATION**

The United States, by and through Special Assistant United States Attorney Meredith J. Edwards, and defendant Danny Leonardo Hernandez, by and through Assistant Federal Public Defender Cynthia Lie, hereby stipulate that, with the Court's approval, the status hearing currently set for Thursday, April 25, 2013, at 9:00 a.m., be vacated and rescheduled for Thursday, May 16, 2013, at 9:00 a.m.

The rescheduling is requested to provide counsel for both the government and the defendant with additional time to conduct further review the discovery and to negotiate an

1

1  appropriate disposition.  The continuance would provide both parties with the reasonable time
2  necessary for effective preparation.  Further, government counsel will be out of town on April 25,
3  2013, and therefore will be unavailable for the currently scheduled status conference on that date.
4       Both parties respectfully request that the time between April 25, 2013 and May 16, 2013
5  be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for effective
6  preparation and continuity of counsel.

8  Dated: April 22, 2013                                    /s/
                                                            MEREDITH J. EDWARDS
9                                                           Special Assistant United States Attorney

11 Dated: April 22, 2013                                    /s/
                                                            CYNTHIA LIE
12                                                          Assistant Federal Public Defender

|   |   |
|---|---|
| 1 | **[PROPOSED] ORDER** |

Pursuant to the agreement and stipulation of the parties, the Court hereby orders that the status hearing in this case, previously scheduled for April 25, 2013, at 9:00 a.m., be vacated and rescheduled for May 16, 2013, at 9:00 a.m. The Court further orders that the time between April 25, 2013 and May 16, 2013 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161. The Court finds, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), that the failure to grant the requested continuance would unreasonably deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court further finds that the failure to grant the requested continuance would unreasonably deny the government continuity of counsel. The Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

DATED: _____

_____
THE HONORABLE D. LOWELL JENSEN
United States District Judge